# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY D. HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY G. BAGDESORIAN, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00925-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(ECF No. 5) |

Nancy D. Hamilton ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2019, the magistrate judge filed a findings and recommendations recommending that this action be dismissed for lack of jurisdiction and failure to comply with a July 11, 2019 screening order directing Plaintiff to file an amended complaint. The findings and recommendations was served on Plaintiff and contained notice that any objections thereto were to be filed within thirty days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed August 19, 2019, is ADOPTED IN FULL;
2. This action is DISMISSED for lack of jurisdiction and Plaintiff's failure to comply with the July 11, 2019 screening order; and
3. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated: October 1, 2019

_____
SENIOR DISTRICT JUDGE